**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WELCH, DENNIS N. § | Case No. 09-75748 |
| WELCH, DEBRA L. § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　211 South Court Street
　　Room 110
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/29/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WELCH, DENNIS N. § Case No. 09-75748
WELCH, DEBRA L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.40 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,000.40 |
| **Balance on hand:** | $ 10,000.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 3 | Capital One Auto Finance | 6,754.90 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,000.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.04 | 0.00 | 1,750.04 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,555.00 | 0.00 | 3,555.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,555.04 |
| Remaining balance: | $ 4,445.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,445.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,445.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,144.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,173.58 | 0.00 | 288.54 |
| 2 | Capital One Bank (USA), N.A. | 15,973.86 | 0.00 | 412.50 |
| 4 | Chase Bank USA, N.A. | 9,435.16 | 0.00 | 243.65 |
| 5 | Chase Bank USA, N.A. | 4,266.36 | 0.00 | 110.17 |
| 6 | Chase Bank USA, N.A. | 11,276.56 | 0.00 | 291.20 |
| 7 | Chase Bank USA, N.A. | 2,328.25 | 0.00 | 60.12 |
| 8 | PYOD LLC its successors and assigns as assignee of | 1,187.48 | 0.00 | 30.66 |
| 9 | PYOD LLC its successors and assigns as assignee of | 1,380.19 | 0.00 | 35.64 |
| 10 | US Department of Education | 57,887.59 | 0.00 | 1,494.86 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | US Department of Education | 10,726.51 | 0.00 | 277.00 |
| 12 | PYOD LLC its successors and assigns as assignee of | 10,679.54 | 0.00 | 275.78 |
| 13 | Fia Card Services, NA/Bank of America | 30,197.46 | 0.00 | 779.80 |
| 14 | Chase Bank USA NA | 5,631.91 | 0.00 | 145.44 |

Total to be paid for timely general unsecured claims: $ 4,445.36
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-75748-MB
Dennis N. Welch                                                       Chapter 7
Debra L. Welch
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Jun 07, 2011
                              Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2011.
```
db/jdb     +Dennis N. Welch,    Debra L. Welch,    4306 East Walnut Road,    Gilbert, AZ 85298-8622
aty        +Richard T Jones,    666 Russel Court, #214,    Woodstock, IL 60098-2671
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
14909442    Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
14909443   +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
15175152    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
14909444   +Centegra Health System,    Post Office Box 1990,    Woodstock, IL 60098-1990
14909445   +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15595466    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15211002    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14909446   +Chase Home Equity & Consumer Lend.,    1111 Polaris Pkwy,    Columbus, OH 43240-2031
14909447   +CitiCard,    Post Office Box 6241,    Sioux Falls, SD 57117-6241
15298319    Crystal Lake Orthopaedic Surgery,    750-C East Terra Cotta Avenue,    Crystal Lake, IL  60014-3621
14909448   +Debra Hirschberg & Assoc.,    185 Heritage, #1,    Crystal Lake, IL 60014-8068
14909451    Home Depot Credit Services,    Post Office Box 689100,    Des Moines, IA 50368-9100
15298321    KSB Hospital,    P.O. Box 737,    Dixon, IL  61021-0737
14909452   +Lawrence Kern & Assoc.,    124 N. Harrison,    Barrington, IL 60010-3007
14909453   +McHenry County Collector,    2200 N. Seminary Avenue,    Woodstock, IL 60098-2698
15298322    Michael J. Louise,    741 McHenry Avenue, #C,    Crystal Lake, IL  60014-7445
14909455    NTB Cedit Plan,    Post Office Box 689182,    Des Moines, IA 50368-9182
14909454   +National City Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
15298331   +Oregon Ambulance Service, Inc.,    101 Madison, Box 122,    Oregon, IL 61061-1824
15238122   +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
15298332    Rockford Assoc. Clinical Pathology,    P.O. Box 8768,    Rockford, IL  61126-8768
15298333   +Rockford Cardiovascular Assoc.,    P.O. Box 6003,    Rockford, IL 61125-1003
15298334   +Rockford Health System,    2400 North Rockton Avenue,    Rockford, IL 61103-3655
15298335    Swedish American Hospital,    P.O. Box 4448,    Rockford, IL  61110-0948
14909456   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US Dept. of Education,     501 Bleecker Street,    Utica, NY 13501)
15342905    US Department of Education,    Direct Loan Svcg,    PO Box 5609,    Greenville,TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16589145   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 07 2011 23:58:43
             Ascension Capital Group, Inc.,    Attn: JP Morgan Chase Bank, Nat'l Assoc,    Acct. 6371,
             P.O. Box 201347,    Arlington, TX 76006-1347
15183669   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 08 2011 02:09:06
             Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
14933487   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 07 2011 23:28:00
             Capital One Auto Finance,    3905 N Dallas Parkway,    Plano, TX 75093-7892
14909449    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2011 00:20:04      Discover,    12 Reads Way,
             New Castle, DE 19720-1649
15140831    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2011 00:20:04      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14909450    E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2011 00:22:51      Exxon Mobil,    P.O. Box 103032,
             Rosewell, GA 30076
15572490    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2011 00:08:43
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: vgossett              Page 2 of 2                    Date Rcvd: Jun 07, 2011
                               Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2011**                         **Signature:**    /s/ Joseph Speetjens