**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WELCH, DENNIS N. § | Case No. 09-75748 |
| WELCH, DEBRA L. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $548,198.99            Assets Exempt:  $105,373.32
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,445.36        Claims Discharged
                                                  Without Payment: $193,624.56

Total Expenses of Administration: $5,555.04

---

3) Total gross receipts of $   10,000.40   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $10,000.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $549,838.55 | $6,754.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,305.04 | 5,555.04 | 5,555.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 180,878.14 | 172,144.45 | 172,144.45 | 4,445.36 |
| **TOTAL DISBURSEMENTS** | $730,716.69 | $186,204.39 | $177,699.49 | $10,000.40 |

    4) This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2011  By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Jaguar S-Type; 58,000 miles-debtors' posses | 1129-000 | 3,000.00 |
| 1999 Jeep Grand Cherokee; 183,000 miles-debtors' | 1129-000 | 1,000.00 |
| 2002 Jeep Liberty; 102,000 miles-debtors' posses | 1129-000 | 500.00 |
| 2003 trailer | 1129-000 | 500.00 |
| 1997 Harley Davidson Fat Boy 1200cc motorcycle-d | 1129-000 | 4,000.00 |
| 2009 Income Tax Refund | 1224-000 | 1,000.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Auto Finance | 4110-000 | N/A | 6,754.90 | 0.00 | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 480,000.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Collector | 4110-000 | 12,852.62 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity & Consumer Lend. | 4110-000 | 56,985.93 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$549,838.55** | **$6,754.90** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.04 | 1,750.04 | 1,750.04 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,555.00 | 3,555.00 | 3,555.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,305.04 | 5,555.04 | 5,555.04 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,249.21 | 11,173.58 | 11,173.58 | 288.54 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 14,725.18 | 15,973.86 | 15,973.86 | 412.50 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 9,188.06 | 9,435.16 | 9,435.16 | 243.65 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 4,133.49 | 4,266.36 | 4,266.36 | 110.17 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 10,455.94 | 11,276.56 | 11,276.56 | 291.20 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 2,202.04 | 2,328.25 | 2,328.25 | 60.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 667.82 | 1,187.48 | 1,187.48 | 30.66 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,790.84 | 1,380.19 | 1,380.19 | 35.64 |
| 10 | US Department of Education | 7100-000 | 58,471.60 | 57,887.59 | 57,887.59 | 1,494.86 |
| 11 | US Department of Education | 7100-000 | N/A | 10,726.51 | 10,726.51 | 277.00 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 10,327.41 | 10,679.54 | 10,679.54 | 275.78 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | 27,005.94 | 30,197.46 | 30,197.46 | 779.80 |
| 14 | Chase Bank USA NA | 7100-000 | 5,735.14 | 5,631.91 | 5,631.91 | 145.44 |
| NOTFILED | Lawrence Kern & Assoc. | 7100-000 | 32.05 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Orthopaedic Surgery | 7100-000 | 321.70 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 992.52 | N/A | N/A | 0.00 |
| NOTFILED | KSB Hospital | 7100-000 | 209.93 | N/A | N/A | 0.00 |
| NOTFILED | Debra Hirschberg & Assoc. | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Oregon Ambulance Service, Inc. | 7100-000 | 436.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael J. Louise | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health System | 7100-000 | 1,219.21 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 20,348.74 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Cardiovascular Assoc. | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 358.78 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Assoc. Clinical Pathology | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 302.54 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 180,878.14 | 172,144.45 | 172,144.45 | 4,445.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75748  
**Case Name:** WELCH, DENNIS N.  
WELCH, DEBRA L.  
**Period Ending:** 10/23/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 05/21/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3112 Royal Woods | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Chase | 75.88 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Chase | 616.05 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods & furnishings-debt | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel-debtors' possession | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewelry-debtors' possession | 900.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA | 62,669.65 | 0.00 | DA | 0.00 | FA |
| 8 | IRA | 757.70 | 0.00 | DA | 0.00 | FA |
| 9 | Toll Brothers stock | 279.71 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Jaguar S-Type; 58,000 miles-debtors' posses     Settled pursuant to Order to Sell Assets entered March 2, 2011. | 9,000.00 | 6,600.00 | DA | 3,000.00 | FA |
| 11 | 1999 Jeep Grand Cherokee; 183,000 miles-debtors'     Settled pursuant to Order to Sell Assets entered March 2, 2011. | 2,600.00 | 2,600.00 | DA | 1,000.00 | FA |
| 12 | 2002 Jeep Liberty; 102,000 miles-debtors' posses     Settled pursuant to Order to Sell Assets entered March 2, 2011. | 5,700.00 | 3,300.00 | DA | 500.00 | FA |
| 13 | 2003 trailer     Settled pursaunt to Order to Sell Assets entered March 2, 2011. | 1,800.00 | 1,800.00 | DA | 500.00 | FA |
| 14 | 1997 Harley Davidson Fat Boy 1200cc motorcycle-d     The exemption claimed on the 1997 Harley Davidson was disallowed to the extent it exceeds $1,174.33. See Order entered March 17, 2010. | 8,200.00 | 7,025.67 | DA | 4,000.00 | FA |
| 15 | 2009 Income Tax Refund  (u)     Settled pursuant to Order to Sell Assets entered March 2, 2011. | 1,500.00 | 1,500.00 | DA | 1,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.40 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$548,198.99** | **$22,825.67** | | **$10,000.40** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75748  
**Case Name:** WELCH, DENNIS N.  
WELCH, DEBRA L.  
**Period Ending:** 10/23/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 05/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 4, 2011      **Current Projected Date Of Final Report (TFR):**   May 23, 2011  (Actual)

Printed: 10/23/2011 02:36 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75748  
**Case Name:** WELCH, DENNIS N.  
WELCH, DEBRA L.  
**Taxpayer ID #:** **-***6295  
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/10 | {14} | Dennis N. Welch | Partial payment toward various assets | 1129-000 | 4,000.00 | | 4,000.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 11/11/10 | {10} | Dennis N. Welch | Partial payment toward various assets | 1129-000 | 3,000.00 | | 7,000.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,000.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.11 |
| 01/13/11 | {12} | Dennis N. Welch | Partial Payment toward various assets | 1129-000 | 500.00 | | 7,500.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.17 |
| 02/24/11 | {15} | Dennis N. Welch | Partial Payment toward various assets | 1224-000 | 1,000.00 | | 8,500.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,500.22 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,500.29 |
| 04/07/11 | {13} | Dennis N. Welch | Partial payment toward various assets | 1129-000 | 500.00 | | 9,000.29 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,000.35 |
| 05/06/11 | {11} | Dennis N. Welch | Final payment toward remaining asset | 1129-000 | 1,000.00 | | 10,000.35 |
| 05/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 10,000.40 |
| 05/23/11 | | To Account #9200******2166 | Transfer funds from MMA to Checking Account | 9999-000 | | 10,000.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.40 | 10,000.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,000.40 | |
| | | | **Subtotal** | | **10,000.40** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.40** | **$0.00** | |

{} Asset reference(s)

Printed: 10/23/2011 02:36 PM    V.12.57

## FORM 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-75748  
**Case Name:** WELCH, DENNIS N.  
WELCH, DEBRA L.  
**Taxpayer ID #:** **-***6295  
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/11 |  | From Account #9200******2165 | Transfer funds from MMA to Checking Account | 9999-000 | 10,000.40 |  | 10,000.40 |
| 06/29/11 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 |  | 250.00 | 9,750.40 |
| 06/29/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,555.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 3,555.00 | 6,195.40 |
| 06/29/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,750.04, Trustee Compensation; Reference: | 2100-000 |  | 1,750.04 | 4,445.36 |
| 06/29/11 | 104 | Discover Bank | Dividend paid 2.58% on $11,173.58; Claim# 1; Filed: $11,173.58; Reference: | 7100-000 |  | 288.54 | 4,156.82 |
| 06/29/11 | 105 | Capital One Bank (USA), N.A. | Dividend paid 2.58% on $15,973.86; Claim# 2; Filed: $15,973.86; Reference: | 7100-000 |  | 412.50 | 3,744.32 |
| 06/29/11 | 106 | Chase Bank USA, N.A. | Dividend paid 2.58% on $9,435.16; Claim# 4; Filed: $9,435.16; Reference: | 7100-000 |  | 243.65 | 3,500.67 |
| 06/29/11 | 107 | Chase Bank USA, N.A. | Dividend paid 2.58% on $4,266.36; Claim# 5; Filed: $4,266.36; Reference: | 7100-000 |  | 110.17 | 3,390.50 |
| 06/29/11 | 108 | Chase Bank USA, N.A. | Dividend paid 2.58% on $11,276.56; Claim# 6; Filed: $11,276.56; Reference: | 7100-000 |  | 291.20 | 3,099.30 |
| 06/29/11 | 109 | Chase Bank USA, N.A. | Dividend paid 2.58% on $2,328.25; Claim# 7; Filed: $2,328.25; Reference: | 7100-000 |  | 60.12 | 3,039.18 |
| 06/29/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 2.58% on $1,187.48; Claim# 8; Filed: $1,187.48; Reference: | 7100-000 |  | 30.66 | 3,008.52 |
| 06/29/11 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 2.58% on $1,380.19; Claim# 9; Filed: $1,380.19; Reference: | 7100-000 |  | 35.64 | 2,972.88 |
| 06/29/11 | 112 | US Department of Education | Dividend paid 2.58% on $57,887.59; Claim# 10; Filed: $57,887.59; Reference: | 7100-000 |  | 1,494.86 | 1,478.02 |
| 06/29/11 | 113 | US Department of Education | Dividend paid 2.58% on $10,726.51; Claim# 11; Filed: $10,726.51; Reference: | 7100-000 |  | 277.00 | 1,201.02 |
| 06/29/11 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid 2.58% on $10,679.54; Claim# 12; Filed: $10,679.54; Reference: | 7100-000 |  | 275.78 | 925.24 |
| 06/29/11 | 115 | Fia Card Services, NA/Bank of America | Dividend paid 2.58% on $30,197.46; Claim# 13; Filed: $30,197.46; Reference: | 7100-000 |  | 779.80 | 145.44 |
| 06/29/11 | 116 | Chase Bank USA NA | Dividend paid 2.58% on $5,631.91; Claim# 14; Filed: $5,631.91; Reference: | 7100-000 |  | 145.44 | 0.00 |

Subtotals : $10,000.40   $10,000.40

{} Asset reference(s)

Printed: 10/23/2011 02:36 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-75748  
**Case Name:** WELCH, DENNIS N.  
WELCH, DEBRA L.  
**Taxpayer ID #:** **-***6295  
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,000.40 | 10,000.40 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.40 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,000.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $10,000.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******21-65** | 10,000.40 | 0.00 | 0.00 |
| **Checking # 9200-******21-66** | 0.00 | 10,000.40 | 0.00 |
| | $10,000.40 | $10,000.40 | $0.00 |

{} Asset reference(s)

Printed: 10/23/2011 02:36 PM V.12.57